IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KIDQUEST, *et al*                                                               PLAINTIFFS

VS.                                  CASE NO. 1:10-cv-1063

ARKANSAS DEPARTMENT OF
HUMAN SERVICES;  JOHN SELIG,
in his official capacity as Director of the
Arkansas Department of Human Services;
and Dr. JAMES GREEN, in his official capacity as
Director of the Division of Developmental Disabilities
of the Arkansas Department of Human Services                        DEFENDANTS

### ORDER

Before the Court is Plaintiff Neighborhood Community Outreach, Inc.'s Motion to Dismiss. (ECF No. 24).  Plaintiff seeks to dismiss all claims against Defendants with prejudice.  Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all of Plaintiff Neighborhood Community Outreach, Inc.'s claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 11th day of May, 2012.

　　　　　　　　　　　　　　　　　　　　　　/s/ Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　Hon. Susan O. Hickey
　　　　　　　　　　　　　　　　　　　　　United States District Judge