IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KIDQUEST, Inc.                                                                                      PLAINTIFF

VS.                                          CASE NO. 1:10-cv-1063

JOHN SELIG, in his official capacity as Director
of the Arkansas Department of Human Services; and
DR. JAMES GREEN, in his Official Capacity as
Director of the Division of Developmental Disabilities
of the Arkansas Department of Human Services                                    DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed September 11, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 38). Judge Bryant recommends that Defendants John Selig and Dr. James Green's Motion for Summary Judgment (ECF No. 26) be granted in part and denied in part. Specifically, Judge Bryant recommends that Plaintiff's remaining equal protection claims be dismissed and that Plaintiff's due process claims proceed to trial. All parties have filed objections to the Report and Recommendation. (ECF Nos. 39-40). After reviewing the record *de novo*, the Court adopts Judge Bryant's Report and Recommendation in part.

For the reasons discussed in the Memorandum Opinion of even date, as well as those contained in Judge Bryant's Report and Recommendation (ECF No. 38), Defendants' Motion for Summary Judgment (ECF No. 26) should be and hereby is **GRANTED**. Plaintiff's claims against all Defendants are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of September, 2012.

                                                                                       /s/ Susan O. Hickey
                                                                                      Hon. Susan O. Hickey
                                                                                      United States District Judge